Case 2:19-cv-02180-FMO-JC   Document 22   Filed 06/01/21   Page 1 of 4   Page ID #:142

FILED
CLERK, U.S. DISTRICT COURT
JUNE 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___vdr_____ DEPUTY

Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel:  818.296.9508
Fax:  818.296.9510

Attorneys for *Relator*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>[UNDER SEAL],<br><br>Defendant. | FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT 31 U.S.C. § 3730<br><br>Case No.: CV 19-2180 FMO (JCx)<br><br>*Assigned to the Hon. Fernando M. Olguin*<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii); 31 U.S.C. § 3730(b)(1)]<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

1  Cory A. Baskin (SBN 240517)
   cb@witkowlaw.com
2  Brandon J. Witkow (SBN 210443)
   bw@witkowlaw.com
3  witkow | baskin
4  21031 Ventura Boulevard, Suite 700
   Woodland Hills, California 91364
5  Tel:  818.296.9508
   Fax:  818.296.9510
6
7  Attorneys for *Relator*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP.,<br><br>Defendant. | FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT 31 U.S.C. § 3730<br><br>Case No.: CV 19-2180 FMO (JCx)<br><br>*Assigned to the Hon. Fernando M. Olguin*<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii); 31 U.S.C. § 3730(b)(1)]<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

## STIPULATION

The fictitiously named *qui tam* plaintiff ("Relator") and the United States of America ("United States"), through their respective attorneys of record hereby stipulate and agree as follows:

1. This action shall be dismissed, without prejudice to the Relator or the United States. The United States consents to this voluntary dismissal without prejudice in the interests of justice;

2. This Stipulation, and the Court's Order dismissing this action, and all subsequent filings in this action shall be unsealed; and,

3. In addition to the documents sealed by the Court's Order of April 19, 2021, all other papers previously filed by the United States in this action shall remain under seal because those papers discuss the content and extent of the United States' investigation, and, as such, those papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully submitted,

Dated: May 18, 2021

witkow | baskin

By: /s/Cory A. Baskin
    Cory A. Baskin

Attorneys for *Relator*

Dated: May 18, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
Assistant United States Attorneys

|   |   |
|---|---|
| 1 |   |
| 2 | JAMIE ANN YAVELBERG |
|   | MICHAL TINGLE |
| 3 | GREGORY PERSON |
| 4 | Attorneys, Civil Division |
|   | United States Department of Justice |
| 5 |   |
| 6 | /S/ John E. Lee |
|   | JOHN E. LEE |
| 7 | Assistant United States Attorney |
| 8 | Attorneys for the United States of America |

Attestation

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: May 18, 2021

/S/ Cory A. Baskin

CORY A. BASKIN