# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>[UNDER SEAL],<br><br>Defendant. | **FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT 31 U.S.C. § 3730**<br><br>Case No.: CV 19-2180 FMO (JCx)<br><br>*Assigned to the Hon. Fernando M. Olguin*<br><br>**ORDER RE: JOINT STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii); 31 U.S.C. § 3730(b)(1)]** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP.,<br><br>Defendant. | **FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT 31 U.S.C. § 3730**<br><br>Case No.: CV 19-2180 FMO (JCx)<br><br>*Assigned to the Hon. Fernando M. Olguin*<br><br>**ORDER RE: JOINT STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii); 31 U.S.C. § 3730(b)(1)]** |

# ORDER

The Court, having reviewed the Joint Stipulation ("Stipulation") of the United States of America ("United States") and Relator regarding the voluntary dismissal of the instant action, without prejudice, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1), and the United States having consented to the Relator's voluntary dismissal without prejudice in the interests of justice, finding good cause thereon, hereby rules as follows:

1. This action is hereby dismissed, without prejudice to the Relator or the United States;

2. This Stipulation, and the Court's Order dismissing this action, and all subsequent filings in this action shall be unsealed; and,

3. In addition to the documents sealed by the Court's Order of April 19, 2021, all other papers previously filed by the United States in this action shall remain under seal because those papers discuss the content and extent of the United States' investigation, and, as such, those papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge