# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel:   818.296.9508
Fax:   818.296.9510

Attorneys for *Relator*

```
                    FILED
         CLERK, U.S. DISTRICT COURT

              MARCH  22 2019

      CENTRAL DISTRICT OF CALIFORNIA
      BY:      vdr            DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP.,<br><br>Defendant. | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730**<br><br>Case No.: CV 19-2180 FMO (JCx)<br><br>**COMPLAINT FOR VIOLATIONS OF FALSE CLAIMS ACT, 31 U.S.C § 3729, ET SEQ.; DEMAND FOR JURY TRIAL** |

## JURISDICTION

1.　Jurisdiction is predicated upon federal subject matter jurisdiction pursuant to Title 31 U.S.C. of the False Claims Act, 31 U.S.C. § 3729, 3730 and 3732(a), and 28 U.S.C. § 1331 and 31 U.S.C. § 3732.

## VENUE

2.　Venue in the United States District Court for the Central District of California is predicated upon 31 U.S.C. § 3732(a) and 28 U.S.C. § 1391(b) and (c). Defendant Space Exploration Technologies, Corporation ("SpaceX"), the entity charged herein with violations of the False Claims Act, 31 U.S.C. § 3729 et seq., now has, and at all times alleged herein had, its principal place of business in the Central District of California and the violations of the False Claims Act, 31 U.S.C. § 3729 et seq., alleged herein occurred in the Central District of California.

## THE PARTIES

**A.　RELATOR**

3.　The Plaintiff is the United States of America and the Co-Plaintiff Relator is John Doe ("Doe" or "Relator"). Doe is now, and at all times material to the allegations alleged herein was, a resident of the Central District of California.

4.　In or about ▮▮▮ 2016, Doe began working for SpaceX ▮▮▮▮▮ ▮▮▮ in SpaceX's Non-Destructive Evaluation Department at SpaceX's Hawthorne, California facility. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5.　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FALSE CLAIMS ACT COMPLAINT

1 ████████████████████████████████████████████████
2 ████████████████████████████████████████████████
3 ███████████████████

4       6.     Doe has standing to sue as a Relator pursuant to the False Claims Act, 31
5 U.S.C. § 3730(b)(1). Doe is the "original source" of all the false claims by SpaceX
6 pursuant to the False Claims Act, 31 U.S.C. § 3730(e)(4)(A), on the grounds that: Doe
7 had direct and independent knowledge of the false claims by SpaceX alleged herein,
8 which he acquired during the course of his employment at SpaceX; before filing this
9 action, Doe voluntarily disclosed to the Government the information on which
10 allegations herein are based; and the subject information is and was independent of,
11 and materially adds to, the publicly disclosed information pertaining to the
12 transactions at issue. As set forth more fully below, from at least ████ 2016 to at least
13 ████████ 2018, if not also beginning before this period and continuing thereafter,
14 SpaceX repeatedly certified compliance with various statutes, regulations, and
15 contract terms as a condition to receiving payment from the United States
16 Government, yet knowingly, intentionally, and/or with reckless disregard failed to
17 comply with such statutes, regulations, and contract terms.

18 **B.   DEFENDANT SPACEX**

19       7.     At all relevant times, Defendant SpaceX was and is a corporation
20 incorporated in Delaware, and existing, doing business and employing individuals in
21 the County of Los Angeles, State of California. Specifically, SpaceX's global
22 headquarters, from where the corporation's officers direct, control, and coordination
23 the company's activities, is located in Hawthorne, California.

24       8.     SpaceX is a space transport services company that purports to employ
25 more than 6000 employees. It builds its rocket engines, rocket stages, spacecraft,
26 principal avionics and all software primarily, if not exclusively, in-house in its
27 Hawthorne facility. It was founded in 2002 by former Pay Pal entrepreneur and Tesla
28 Motors CEO, Elon Musk, to "revolutionize space technology, with the ultimate goal

1    of enabling people to live on other planets." SpaceX has developed the Falcon 1 and
2    Falcon 9 launch vehicles, both of which were designed from conception to eventually
3    become reusable, and the Dragon spacecraft which is launched into orbit by the
4    Falcon 9 launch vehicle to supply the International Space Station with cargo. A
5    manned version of Dragon is in development.

6        9.    According to SpaceX's website:
7            SpaceX has gained worldwide attention for a series of historic
8            milestones. It is the only private company capable of returning a
9            spacecraft from low Earth orbit, which it first accomplished in 2010.
10           The company made history again in 2012 when its Dragon spacecraft
11           became the first commercial spacecraft to deliver cargo to and from
12           the International Space Station.

13

14           SpaceX successfully achieved the historic first reflight of an orbital
15           class rocket in 2017, and the company now regularly launches flight-
16           proven rockets. In 2018, SpaceX began launching Falcon Heavy, the
17           world's most powerful operational rocket by a factor of two.

18           …                              …                              …

19           As one of the world's fastest growing providers of launch services,
20           SpaceX has secured over 100 missions to its manifest, representing
21           over $12 billion on contract. These include commercial satellite
22           launches as well as US government missions. SpaceX's Dragon
23           spacecraft is flying numerous cargo resupply missions to the space
24           station under a series of Commercial Resupply Services contracts.
25           Dragon was designed from the outset to carry humans to space and
26           will soon fly astronauts under NASA's Commercial Crew Program,
27           with the first demonstration flight targeted for January 2019.

28

4

FALSE CLAIMS ACT COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Building on the achievements of Falcon 9 and Falcon Heavy, SpaceX is working on a next generation of fully reusable launch vehicles that will be the most powerful ever built, capable of carrying humans to Mars and other destinations in the solar system.

…                              …                              …

**FALCON 9**

Falcon 9 is a two-stage rocket designed and manufactured by SpaceX for the reliable and safe transport of satellites and the Dragon spacecraft into orbit. Falcon 9 is the first orbital class rocket capable of reflight. SpaceX believes rocket reusability is the key breakthrough needed to reduce the cost of access to space and enable people to live on other planets.

Falcon 9 was designed from the ground up for maximum reliability. Falcon 9's simple two-stage configuration minimizes the number of separation events -- and with nine first-stage engines, it can safely complete its mission even in the event of an engine shutdown.

Falcon 9 made history in 2012 when it delivered Dragon into the correct orbit for rendezvous with the International Space Station, making SpaceX the first commercial company ever to visit the station. Since then Falcon 9 has made numerous trips to space, delivering satellites to orbit as well as delivering and returning cargo from the space station for NASA. Falcon 9, along with the Dragon spacecraft, was designed from the outset to deliver humans into space and under an agreement with NASA, SpaceX is actively working toward this goal.

…                              …                              …

FALSE CLAIMS ACT COMPLAINT

## DRAGON

Dragon is a free-flying spacecraft designed to deliver both cargo and people to orbiting destinations. Dragon made history in 2012 when it became the first commercial spacecraft in history to deliver cargo to the International Space Station and safely return cargo to Earth, a feat previously achieved only by governments. It is the only spacecraft currently flying that is capable of returning significant amounts of cargo to Earth. Currently Dragon carries cargo to space, but it was designed from the beginning to carry humans. As part of NASA's Commercial Crew Program, SpaceX is now developing the refinements that will enable Dragon to fly crew. The first demonstration flight for this program is targeted for January 2019.

## SPACEX'S GOVERNMENT CONTRACTS

10.   According to the 2018 Annual Compendium of Commercial Space Transportation prepared by the Federal Aviation Administration's Office of Commercial Space Transportation, from 2006 through 2016 alone, SpaceX has received and/or been allocated more than $7.24 billion in development and mission contracts from NASA. SpaceX's NASA funding has come through three programs: Commercial Orbital Transportation Services ("COTS"), Commercial Resupply Services ("CRS"), and the Commercial Crew Program ("CCP"). CCP has included four major rounds of funding: Commercial Crew Development ("CCDev"), Commercial Crew Development 2 ("CCDev2"), Commercial Crew Integrated Capabilities ("CCiCap") and Commercial Crew Transportation Capability ("CCtCap"). Specifically, Under COTS, NASA paid $396 million to SpaceX to develop the Falcon 9 booster and Dragon spacecraft as part of a public-private partnership. COTS was followed by a series of resupply contracts that have totaled $3.7 billion. Under CRS-1, NASA originally contracted for 12 flights at a cost of $1.6 billion. It later added five more missions to the contract for $1.2 billion. The CRS-2

contract calls for a minimum of six flights at $900 million, with the likelihood of additional orders. NASA is also paying $3.125 billion to SpaceX for the development and initial flights of the upgraded Crew Dragon spacecraft, which will take astronauts to the International Space Station (ISS). The following chart summarizes the amounts of the various SpaceX-NASA contracts:

| Contract | Year | Amount | Remarks |
|----------|------|--------|---------|
| COTS | 2006 | $396 million | Dragon |
| CRS 1 | 2008 | $1.6 billion | Dragon (12 flights) |
| CRS 1E | 2015 | $1.2 billion | Extension of live missions from 2017 to 2018 |
| CCDov2 | 2011 | $75 million | Crewed Dragon development |
| CCiCap | 2012 | $460 million | Crewed Dragon maturation |
| CPC | 2012 | $10 million | Crew Certification |
| CCtCap | 2014 | $26 billion | Final development phase of Dragon V2 |
| CRS 2 | 2016 | $900 million | Six missions from 2019 to 2024 |
| | | $7.24 billion | |

11.    In, July 2017 SpaceX's founder and CEO, Elon Musk, provided telling insight into his and SpaceX's philosophy with respect to government contracting, emphasizing that NASA veer away from its traditional "cost-plus" contract framework in favor of "fixed-price" contracts (such as COTS). Musk explained: "We've got to change the way contracting is done. You can't do these cost-plus, sole-source contracts because then the incentive structure is all messed up. As soon as you don't have any competition, the sense of urgency goes away. And as soon as you make something a cost-plus contract, you're incenting the contractor to maximize the cost of the program, because they get a percentage." Musk referred to this cost-plus as a "gravy train" for government contractors. In essence, a cost-plus contract requires a particular contractor to develop a piece of space hardware. Then such an arrangement pays all of the contractor's costs plus a fee, typically about 10 percent.

12.    Musk said NASA could avoid unnecessary delays and costs by transitioning to a system of competitive awards for fixed-price contracts, in which companies are only paid when they meet "milestones" such as completing a flight test or satisfying NASA about the safety performance of a vehicle. With a fixed-price contract, a bidder is expected to contribute funds to a project, because while the space

FALSE CLAIMS ACT COMPLAINT

hardware provides a government service, it is also expected to find a commercial market. In return, government oversight is less intrusive, freeing the contractor to make more commercially savvy decisions. The Falcon 9 rocket developed as part of the commercial cargo program offers a clear example of this, because in addition to flying supplies to the station, it has allowed SpaceX to begin to assume a dominant position in the global market for satellite launches.

13.     According to Musk, fixed price contracts also address another factor that leads to bloated contracts. As part of the commercial crew program, NASA and its contractors negotiate "requirements" for everything from loss-of-crew probabilities, to the design of control panels, to paint colors. In a fixed-price contract, if SpaceX finds a requirement to be unnecessary and can convince the government, it saves the company money. Under a cost-plus contract, there is no incentive for the contractor to do this. Higher costs and delays just mean the government contract runs longer and pays higher fees.

14.     NASA, however, has traditionally favored cost-plus contracts because they allow for more effective and robust government oversight of taxpayer funds. With a cost-plus contract, based upon a complicated set of federal procurement rules, NASA establishes specifications for each aspect of space hardware, and it then has detailed oversight to ensure that those specs are met by the contractor. Though cumbersome, this process is designed to ensure that taxpayers are not forced to take possession of a substandard item. According to senior NASA official: "That price is the price Americans, through their Congress, have chosen to pay in order to have a fair, transparent, fully accountable process," he said. "Most of federal procurement law is designed to protect the American taxpayers from the downside. If you ask me whether the government should streamline these rules, I would say yes. But because that statement is true, it does not follow that NASA should hand $6 billion over to

1    SpaceX and tell them to call us when they're done."[1]

2                    **NON-DESTRUCTIVE EVALUATION**

3         15.    The field of Non-Destructive Evaluation ("NDE"), alternatively referred

4    to as Non-Destructive Testing ("NDT"), is a very broad, interdisciplinary field that

5    plays a critical role in assuring that structural components and systems perform their

6    function in a reliable and cost-effective fashion. NDE technicians and engineers define

7    and implement tests to determine material properties, such as fracture toughness,

8    formability, and other physical characteristics, so as to locate and characterize

9    material conditions and flaws that might otherwise cause planes to crash, reactors to

10   fail, trains to derail, pipelines to burst, and a variety of less visible, but equally

11   troubling events. NDE tests are performed in a manner that does not affect the future

12   usefulness of the object or material. In other words, NDE allows parts and material to

13   be inspected and measured without damaging them. Commonly used inspection

14   methods in the field of NDE include:

15        •    Visual and Optical Testing ("VT"): The most basic NDE method is

16   visual examination. Visual examiners follow procedures that range from simply

17   looking at a part to see if surface imperfections are visible, to using computer

18   controlled camera systems to automatically recognize and measure features of a

19   component.

20        •    Radiography ("RT"): RT involves using penetrating gamma- or X-

21   radiation on materials and products to look for defects or examine internal or hidden

22   features. An X-ray generator or radioactive isotope is used as the source of radiation.

23   Radiation is directed through a part and onto film or other detector. The resulting

24   shadowgraph shows the internal features and soundness of the part. Material thickness

25   and density changes are indicated as lighter or darker areas on the film or detector.

26   
27   [1] Paragraphs 11-14, *supra*, draw heavily from a July 19, 2017 article written by Eric
     Berger entitled "Elon Musk knows what's ailing NASA – costly contracting",

28   available at: https://arstechnica.com/science/2017/07/elon-musk-knows-whats-ailing-
     nasa-costly-contracting/

FALSE CLAIMS ACT COMPLAINT

1  The darker areas in the radiograph below represent internal voids in the component.

2  • Magnetic Particle Testing ("MT"): This NDE method is accomplished by
3  inducing a magnetic field in a ferromagnetic material and then dusting the surface
4  with iron particles (either dry or suspended in liquid). Surface and near-surface flaws
5  disrupt the flow of the magnetic field within the part and force some of the field to
6  leak out at the surface. Iron particles are attracted and concentrated at sites of the
7  magnetic flux leakages. This produces a visible indication of defect on the surface of
8  the material.

9  • Ultrasonic Testing ("UT"): In ultrasonic testing, high-frequency sound
10  waves are transmitted into a material to detect imperfections or to locate changes in
11  material properties. The most commonly used ultrasonic testing technique is pulse
12  echo, whereby sound is introduced into a test object and reflections (echoes) from
13  internal imperfections or the part's geometrical surfaces are returned to a receiver.

14  • Penetrant Testing ("PT"): With this testing method, the test object is
15  coated with a solution that contains a visible or fluorescent dye. Excess solution is
16  then removed from the surface of the object but is left in surface breaking defects. A
17  developer is then applied to draw the penetrant out of the defects. With fluorescent
18  dyes, ultraviolet light is used to make the bleedout fluoresce brightly, thus allowing
19  imperfections to be readily seen. With visible dyes, a vivid color contrast between the
20  penetrant and developer makes the bleedout easy to see.

21  • Electromagnetic Testing ("ET"): There are a number of electromagnetic
22  testing methods, among them eddy current testing. In eddy current testing, electrical
23  currents (eddy currents) are generated in a conductive material by a changing
24  magnetic field. The strength of these eddy currents can be measured. Material defects
25  cause interruptions in the flow of the eddy currents which alert the inspector to the
26  presence of a defect or other change in the material. Eddy currents are also affected by
27  the electrical conductivity and magnetic permeability of a material, which makes it

28

1    possible to sort some materials based on these properties. [2]

2        16.    NASA emphasizes the vital importance of NDE on its public website,

3    explaining that "NDE professionals inspect, test and evaluate materials, components,

4    and systems for discontinuities before they cause severe damage, operation

5    inefficiencies, or in-service failures. Early detection of defects assures the high

6    reliability, integrity, and safety of material used in aerospace."[3]

7        17.    NDE is not only critical to the early detection of defects to prevent

8    mission failures and catastrophes, but it is also used in the wake of such failures to

9    ensure that they do not recur.

10       18.    For example, in a press conference preceding a March 2013 Falcon 9

11   rocket launch, SpaceX president Gwynne Shotwell explained that engineers conducted

12   exhaustive testing to make sure the engines in this launch did not suffer from the same

13   defect that caused engine failure in the previous October 7, 2012 launch. According to

14   Shotwell: "We did extensive analysis to understand the problem, [and] extensive

15   assessment and testing on these particular engines … The field of science that we're

16   talking about is called NDE - non-destructive evaluation. It's as much an art as a

17   science, and we're certainly getting much better at it as we mature."[4]

18       19.    Nevertheless, when a subsequent unmanned SpaceX rocket exploded on

19   June 28, 2015 while ferrying supplies to the International Space Station ("ISS"), the

20   consequences were far-reaching. According to reports, the failure of the commercial

21   resupply mission, known as CRS-7, spelled delays for future missions to the station

22   _____

23   [2] Information included in Paragraph 15, *supra*, is taken from the NDT Resource
     Center home page, available at: https://www.nde-ed.org/AboutNDT/aboutndt.htm

24

25   [3]https://www.nasa.gov/centers/wstf/supporting_capabilities/nondestructive_evaluation
     /index.html

26

27   [4] *See* "SpaceX, NASA confident in Falcon 9 rocket engines", by Stephen Clark,
     February 28, 2013, available at:

28   https://spaceflightnow.com/falcon9/005/130228engine/

_____

11

FALSE CLAIMS ACT COMPLAINT

and lost NASA a new airlock it had developed for commercial spacecraft bringing humans to the station. It tightened the supply of necessary resources on the ISS and, back on Earth, emboldened SpaceX's opponents in Congress, which ultimately controls how much NASA can spend on its contractors. The explosion also meant that SpaceX forfeited a third of its launch fee, perhaps as much as $44 million. (The individual price breakdown of the flights is not public, but the NASA contract pays SpaceX about $1.6 billion for 12 missions.)[5]

20.    Although SpaceX's internal investigation into this particular rocket failure put the blame on a strut supposedly manufactured by a subcontractor that SpaceX declined to identify, SpaceX nevertheless shifted (or at least purported to shift) its manufacturing practices in response to NASA concerns identified in a June 28, 2016 Audit by the NASA Office of Inspector General. According to the Audit:

> The company [SpaceX] … reviewed the certifications of all
> spaceflight hardware and altered its quality control processes to better
> align with NASA technical standards. In order to track completion of
> its corrective actions, SpaceX is updating its process for identifying
> and resolving work-related tasks, which allows for improved auditing,
> prioritizing, and tracking of fracturable hardware. To administer its
> updated quality control process, SpaceX has reorganized into three
> teams called "Design Reliability," "Build Reliability," and "Flight
> Reliability."[6]

### SPACEX'S PERVASIVE NDE CERTIFICATION FRAUD

21.    Doe was hired by SpaceX in or about ███ 2016 for the express purpose

---

[5] *See* "How SpaceX kept its number one client happy after its rocket exploded", by Tim Fernholz, July 2, 2016, available at: https://qz.com/722023/how-spacex-kept-its-number-one-client-happy-after-its-rocket-exploded/

[6] *See* NASA Office of Inspector General Office of Audits Report No. IG-16-025: NASA'S RESPONSE TO SPACEX'S JUNE 2015 LAUNCH FAILURE: IMPACTS ON COMMERCIAL RESUPPLY OF THE INTERNATIONAL SPACE STATION, June 28, 2016, at p. 8.

FALSE CLAIMS ACT COMPLAINT

of "fixing" SpaceX's Phased-Array Ultrasonic Testing ("PAUT") program. Indeed, Doe was specifically told by multiple managers at SpaceX that he was brought on because ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ there were so many problems in this department at SpaceX that needed fixing.

22.    Not coincidentally, SpaceX's hiring of Doe occurred at or around the time the aforementioned NASA Audit (triggered by the June 28, 2015 mission failure) was being concluded and its recommendations implemented, including SpaceX's reorganization of its NDE and quality control processes.

23.    Upon his hiring in or about ▉▉ 2016, and continuing thereafter, SpaceX required Doe to pass examinations for certification in the NDE methods he would be using to inspect various components of the Falcon 9 launch vehicle and Dragon capsule. Such testing and certification is standard for all companies that employ NDE workers in order to ensure that the NDE worker, also called "inspector", can perform NDE tasks accurately. As previously discussed hereinabove, much of the work an inspector performs is highly technical and requires a prerequisite amount of experience, training, and qualification testing.

24.    In his first couple of weeks with SpaceX, ▉▉▉▉▉▉▉▉▉▉▉ Doe was given certification exams for Ultrasonic Testing (UT Level II) and Penetrant Testing (PT Level II) by SpaceX's then Responsible Level III NDE Technician ▉▉▉ ▉▉. These exams were administered in cubicle spaces on the second floor of SpaceX headquarters in Hawthorne, California.

25.    For the Ultrasonic Testing exams, the harder of the two methods, Doe was provided by ▉▉▉ with the answer key along with the tests.

26.    Because the answer keys were provided to him without comment, and because he was left alone in the cubicle areas to take the tests, Doe assumed that the provision of the answer keys by SpaceX to him was a test in itself to see if he would cheat or not. The area has many security cameras recording at all times. Accordingly, before beginning his tests, Doe made a point to take both answer keys to a nearby

13

copy room and place them in a container for documents to be shredded.

27.   It was inconceivable to Doe at the time that he would intentionally be given the answer keys to the tests which were designed to certify his independent ability perform vital inspections of rocket parts and materials that could determine the success or failure of missions worth millions (and sometimes billions) of dollars to SpaceX and its government partners such as NASA and the Pentagon, and upon which the lives of astronauts may well depend. Instead, Doe had logically expected that SpaceX would place an absolute premium on testing and certifying its NDE inspectors because often a single inspector would be charged with the task of accepting or rejecting a weld, repair, or component that could fail or be defective and destroy a launch vehicle and payload in flight.

28.   Over the course of his previous ▮ years as an inspector at ▮ NDE companies before SpaceX, Doe had been given numerous certification exams, and never once been provided with the answers before or during the examination.

29.   After taking these initial NDE tests at SpaceX, Doe went back out to the production floor and mentioned to ▮▮▮▮, who was at the time an informal mentor to Doe, that he had been provided with answer keys in advance of taking the tests. ▮▮ did not express any surprise or concern at Doe's revelation, and instead stated the following (or something to the same effect): "The answer keys are all on DFS. He [▮▮] didn't even have to print it out for you."

30.   DFS is SpaceX's internal server on which the NDE department has a section designated as a repository for archived data, procedures, and setup files. Doe learned that day that SpaceX also knowingly, intentionally, and/or with reckless disregard maintained a folder on DFS with all of the exact exams that SpaceX gives to its NDE inspectors along with the answer keys to these exams.

31.   Several months later (in or about late 2016), SpaceX administered a VT certification exam to Doe. As with the earlier certification exams, SpaceX also ensured that the answer keys for the VT certification exam were again made available

1  to Doe.

2      32.    Doe is informed and believes, based upon his own firsthand observations,

3  as well as the common-knowledge within the NDE department, every NDE inspector

4  who worked for SpaceX – at least from ███ 2016 through ███ 2018, if not long

5  before then and continuing thereafter – was knowingly, intentionally, and/or with

6  reckless disregard provided by SpaceX with access to the answer keys for every

7  certification exam administered by SpaceX. Not surprisingly, nearly every inspector

8  scored 100% on what should have been very difficult certification exams.

9      33.    After each exam, ███████ would typically send out a group email

10  congratulating one inspector after another for getting the incredible score of 100% on

11  the exams, exclaiming: "We really do have the best NDE team in the world!".

12     34.    Meanwhile, everyone in SpaceX's NDE department knew SpaceX's

13  testing procedures were a sham. The inspectors would joke about it, commenting:

14  "People need to learn to miss a couple. It looks bad."

15     35.    In or about ████████, having grown increasingly concerned about the

16  certification fraud, Doe decided to report the issue to Human Resources. It terrified

17  Doe to think that in 2019, SpaceX was planning to put human lives into a capsule and

18  launch them into orbit on a launch vehicle inspected by employees who were

19  fraudulently given their certifications.

20     36.    Doe explained to ████████████, his HR rep, that cheating was

21  rampant in the department and that SpaceX had far from the "best NDE team in the

22  world". What it actually had was a group of undertrained, mostly incompetent,

23  inspectors who had memorized the steps to perform their jobs without possessing the

24  knowledge, competence, or confidence to actually find and report defects.

25     37.    Doe specifically showed ████████ exactly where all of the

26  certification tests and answer keys were on the server (not hidden at all, smack dab in

27  the root NDE folder). Doe told ██ that this folder is common knowledge within the

28  department; that his coworkers openly talk about cheating on their exams using these

1    answer keys; and that in the two years he had been with the company, most of the

2    inspectors with legitimate experience had left the company or been promoted to more

3    administrative positions, leaving the remaining NDE inspectors on balance unable to

4    accurately perform their tasks since they had only rudimentary training and their

5    certifications had been gifted to them.

6         38.    Doe explained that many of the basics of a particular NDE method were

7    unknown to these supposedly "certified inspectors", and, as a result, many defects

8    were being missed at the NDE level in Hawthorne and being found instead, if at all,

9    down the line, often at SpaceX's McGregor, Texas test site.

10        39.    ▮▮▮▮▮   thanked Doe for telling ▮ about these issues, but he never

11   received any further follow-up whatsoever regarding the issue.

12        40.    Two weeks later Doe noticed that the person responsible for NDE

13   certifications at SpaceX▮▮▮▮▮▮   was transferred to another position within

14   the company and another employee ▮▮▮▮▮   was placed in charge of NDE

15   certifications.

16        41.    Unfortunately, the mere replacement of ▮▮▮ with ▮▮ did nothing

17   to change SpaceX's policy and practice of rigging the results of its NDE exams to

18   ensure that its technicians received certifications they were not qualified to receive in

19   order to inspect and approve critical aerospace hardware so that SpaceX could meet

20   critical manufacture and delivery deadlines, including in particular under its multi-

21   billion dollar contracts with the United States Government, that would otherwise

22   almost certainly not be met at all, or at least not as timely or as cheaply, had SpaceX

23   properly tested and certified its NDE personnel.

24        42.    To wit, Doe's main job function while at SpaceX was to perform phased-

25   array ultrasonic testing ("PAUT"). Shockingly, Doe was never actually tested by

26   SpaceX for this method. Under specific instructions from SpaceX and with SpaceX's

27   express knowledge, Doe PAUT inspected the structural welds on every single launch

28   vehicle from ▮ 2016 until ▮▮▮▮▮▮▮▮ 2018 without SpaceX

ever having given him a single exam for the method.

43. In or about mid-2018, SpaceX and NASA came to be aware of particular defects which could occur in the launch vehicle's domes that separate tanks on the booster. These particular defects were very tiny and NASA was concerned that they would be too small to detect during production.

44. In order to perform PAUT on these domes to look for these tiny defects, an inspector must pass a "Dome POD" exam. P.O.D. is an acronym for Probability of Detection. In connection with its Dome POD exams, SpaceX had several plates manufactured with artificial defects, and then required its inspectors to find all of the defects and give the amplitude of each defect in order to pass the exams. In order to ensure that its inspectors would pass these certification exams, SpaceX intentionally manufactured the testing plates so that the defects, which were supposed to be exceedingly if not microscopically tiny, were instead quite obvious to the naked eye.

45. Moreover, just like all of the other NDE exams administered by SpaceX, the answer key for the Dome POD exams, in the form of a PowerPoint presentation, was knowingly, intentionally, and/or with reckless disregard widely circulated within the NDE department. Indeed, when it was Doe's turn to take this exam, no less than three people at SpaceX made sure he had a copy of the PowerPoint answer key. Not surprisingly, everyone who took this exam at SpaceX scored a perfect 100%.

46. Doe is informed and believes that, as of ███████ 2018 ███████ ████, nary a single production floor inspector could pass a legitimate NDE exam, proctored by an outside party, and without having the answer key provided beforehand.

47. Doe is further informed and believes that SpaceX intentionally stacked its deck with inspectors who lacked the knowledge, competence, and confidence to recognize and identify defective components, and who instead would quickly and uncritically *accept* parts. This policy and practice was cultivated at and by SpaceX knowingly, intentionally, and/or with reckless disregard in order to minimize

17

production bottlenecks which would otherwise arise when defects were found. At SpaceX, a premium was placed on performing tasks quickly, not correctly.

## FEDERAL REGULATIONS AND CONTRACT PROVISIONS VIOLATED BY SPACEX'S NDE CERTIFICATION FRAUD

48.     Doe is informed and believes that, from approximately ▇ 2016 through ▇ 2018, if not before and continuing thereafter, SpaceX, by and through its fraudulent NDE certification policies and practices as set forth hereinabove, knowingly, intentionally, and/or with reckless disregard violated the following Federal Acquisition Regulations ("FARs"), each of which Doe is informed and believes is (or was) expressly incorporated in and/or applicable to each of SpaceX's contracts with the United States Government:

- **FAR § 1852.223-75: Major Breach of Safety or Security**

(a)     Safety is the freedom from those conditions that can cause death, injury, occupational illness, damage to or loss of equipment or property, or damage to the environment. Safety is essential to NASA and is a material part of this contract. NASA's safety priority is to protect: (1) The public; (2) astronauts and pilots; (3) the NASA workforce (including contractor employees working on NASA contracts); and (4) high-value equipment and property. A major breach of safety may constitute a breach of contract that entitles the Government to exercise any of its rights and remedies applicable to material parts of this contract, including termination for default. A major breach of safety must be related directly to the work on the contract. A major breach of safety is an act or omission of the Contractor that consists of an accident, incident, or exposure resulting in a fatality or mission failure; or in damage to equipment or property equal to or greater than $1 million; or in any "willful" or "repeat" violation cited by the Occupational Safety and Health Administration (OSHA) or by a state agency operating under an OSHA approved plan.

(b)     Security is the condition of safeguarding against espionage, sabotage, crime (including computer crime), or attack. A major breach of security may

constitute a breach of contract that entitles the Government to exercise any of its rights and remedies applicable to material parts of this contract, including termination for default. A major breach of security may occur on or off Government installations, but must be related directly to the work on the contract. A major breach of security is an act or omission by the Contractor that results in compromise of classified information, illegal technology transfer, workplace violence resulting in criminal conviction, sabotage, compromise or denial of information technology services, equipment or property damage from vandalism greater than $250,000, or theft greater than $250,000.

(c)   In the event of a major breach of safety or security, the Contractor shall report the breach to the Contracting Officer. If directed by the Contracting Officer, the Contractor shall conduct its own investigation and report the results to the Government. The Contractor shall cooperate with the Government investigation, if conducted.

- **FAR § 1852.246-70: Mission Critical Space System Personnel Reliability Program**

(a)   In implementation of the Mission Critical Space System Personnel Reliability Program, described in 14 CFR 1214.5, the Government shall identify personnel positions that are mission critical. Some of the positions as identified may now or in the future be held by employees of the Contractor. Upon notification by the Contracting Officer that a mission-critical position is being or will be filled by one or more of the Contractor's employees, the Contractor shall (1) provide the affected employees with a clear understanding of the investigative and medical requirements and, (2), to the extent permitted by applicable law, assist the Government by furnishing personal data and medical records.

(b)   The standard that will be used in certifying individuals for a mission-critical position is that they must be determined to be suitable, competent, and reliable in the performance of their assigned duties in accordance with the screening

requirements 14 CFR 1214.5. If the Government determines that a Contractor employee occupying or nominated to occupy a mission-critical position will not be certified for such duty, the Contracting Officer shall (1) furnish to the employee the specific reasons for its action; (2) advise the employee that he/she may avail himself/herself of the review procedures that are a part of the certification system; and (3) furnish him/her a copy of those procedures upon request.

(c)     If a Contractor employee who has been nominated for (but has not yet filled) a mission-critical position is not certified, the Contractor agrees to defer the appointment to the position until the employee has had an opportunity to pursue the referenced procedures. If the employee is an incumbent to the position, the Contractor agrees, upon the request of the Government, to remove him/her from the position temporarily pending an appeal of the action under the review procedures. If any employee not certified elects not to take action under the procedures, or, if having taken action, is not successful in obtaining a reversal of the determination, the Contractor agrees not to appoint the employee to the position, or if already appointed, to promptly remove the employee.

- **FAR § 52.203-13: Contractor Code of Business Ethics and Conduct**

    ...                              …                              …

(b)     Code of business ethics and conduct.

(1)     Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall -

(i)     Have a written code of business ethics and conduct;

(ii)     Make a copy of the code available to each employee engaged in performance of the contract.

(2)     The Contractor shall -

(i)     Exercise due diligence to prevent and detect criminal conduct; and

(ii)     Otherwise promote an organizational culture that

1  encourages ethical conduct and a commitment to compliance with the law.

2                                  (3)

3                                  (i)      The Contractor shall timely disclose, in writing, to the

4  agency Office of the Inspector General (OIG), with a copy to the Contracting Officer,

5  whenever, in connection with the award, performance, or closeout of this contract or

6  any subcontract thereunder, the Contractor has credible evidence that a principal,

7  employee, agent, or subcontractor of the Contractor has committed -

8                                  (A)     A violation of Federal criminal law involving

9  fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the

10  United States Code; or

11                                 (B)     A violation of the civil False Claims Act (31

12  U.S.C. 3729-3733).

13                                 (ii)     The Government, to the extent permitted by law and

14  regulation, will safeguard and treat information obtained pursuant to the Contractor's

15  disclosure as confidential where the information has been marked "confidential" or

16  "proprietary" by the company. To the extent permitted by law and regulation, such

17  information will not be released by the Government to the public pursuant to a

18  Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification

19  to the Contractor. The Government may transfer documents provided by the

20  Contractor to any department or agency within the Executive Branch if the

21  information relates to matters within the organization's jurisdiction.

22                                 (iii)    If the violation relates to an order against a

23  Governmentwide acquisition contract, a multi-agency contract, a multiple-award

24  schedule contract such as the Federal Supply Schedule, or any other procurement

25  instrument intended for use by multiple agencies, the Contractor shall notify the OIG

26  of the ordering agency and the IG of the agency responsible for the basic contract.

27                                 (c)     Business ethics awareness and compliance program and internal

28  control system. This paragraph (c) does not apply if the Contractor has represented

itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

       (1)   An ongoing business ethics awareness and compliance program.

       (i)   This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

       (ii)   The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

       (2)   An internal control system.

       (i)   The Contractor's internal control system shall -

       (A)   Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

       (B)   Ensure corrective measures are promptly instituted and carried out.

       (ii)   At a minimum, the Contractor's internal control system shall provide for the following:

       (A)   Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

       (B)   Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct

1  that is in conflict with the Contractor's code of business ethics and conduct.

2      (C)   Periodic   reviews   of   company   business

3  practices, procedures, policies, and internal controls for compliance with the

4  Contractor's code of business ethics and conduct and the special requirements of

5  Government contracting, including -

6      (1)   Monitoring   and   auditing   to   detect

7  criminal conduct;

8      (2)   Periodic evaluation of the effectiveness

9  of the business ethics awareness and compliance program and internal control system,

10  especially if criminal conduct has been detected; and

11      (3)   Periodic   assessment   of   the   risk   of

12  criminal conduct, with appropriate steps to design, implement, or modify the business

13  ethics awareness and compliance program and the internal control system as necessary

14  to reduce the risk of criminal conduct identified through this process.

15      (D)   An internal reporting mechanism, such as a

16  hotline, which allows for anonymity or confidentiality, by which employees may

17  report suspected instances of improper conduct, and instructions that encourage

18  employees to make such reports.

19      (E)   Disciplinary action for improper conduct or for

20  failing to take reasonable steps to prevent or detect improper conduct.

21      (F)   Timely disclosure, in writing, to the agency

22  OIG, with a copy to the Contracting Officer, whenever, in connection with the award,

23  performance, or closeout of any Government contract performed by the Contractor or

24  a subcontractor thereunder, the Contractor has credible evidence that a principal,

25  employee, agent, or subcontractor of the Contractor has committed a violation of

26  Federal criminal law involving fraud, conflict of interest, bribery, or gratuity

27  violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31

28  U.S.C. 3729-3733).

FALSE CLAIMS ACT COMPLAINT

(1)    If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2)    If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3)    The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4)    The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G)    Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

...                              ...                              ...

- **FAR § 52.246-1: Contractor Inspection Requirements**

The Contractor is responsible for performing or having performed all inspections and tests necessary to substantiate that the supplies or services furnished under this contract conform to contract requirements, including any applicable technical requirements for specified manufacturers' parts. This clause takes precedence over any Government inspection and testing required in the contract's specifications, except for specialized inspections or tests specified to be performed solely by the Government.

- **FAR § 52.246-4: Inspection of Services - Fixed-Price**

(a)    Definitions. Services, as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of

1  services.

2     (b) The Contractor shall provide and maintain an inspection system

3  acceptable to the Government covering the services under this contract. Complete

4  records of all inspection work performed by the Contractor shall be maintained and

5  made available to the Government during contract performance and for as long

6  afterwards as the contract requires.

7     (c) The Government has the right to inspect and test all services called

8  for by the contract, to the extent practicable at all times and places during the term of

9  the contract. The Government shall perform inspections and tests in a manner that will

10  not unduly delay the work.

11     (d) If the Government performs inspections or tests on the premises of

12  the Contractor or a subcontractor, the Contractor shall furnish, and shall require

13  subcontractors to furnish, at no increase in contract price, all reasonable facilities and

14  assistance for the safe and convenient performance of these duties.

15     (e) If any of the services do not conform with contract requirements,

16  the Government may require the Contractor to perform the services again in

17  conformity with contract requirements, at no increase in contract amount. When the

18  defects in services cannot be corrected by reperformance, the Government may (1)

19  require the Contractor to take necessary action to ensure that future performance

20  conforms to contract requirements and (2) reduce the contract price to reflect the

21  reduced value of the services performed.

22     (f) If the Contractor fails to promptly perform the services again or to

23  take the necessary action to ensure future performance in conformity with contract

24  requirements, the Government may (1) by contract or otherwise, perform the services

25  and charge to the Contractor any cost incurred by the Government that is directly

26  related to the performance of such service or (2) terminate the contract for default.

27    • **FAR § 52.246-20: Warranty of Services**

28     (a) Definitions.

FALSE CLAIMS ACT COMPLAINT

1    "Acceptance," as used in this clause, means the act of an authorized
2  representative of the Government by which the Government assumes for itself, or as
3  an agent of another, ownership of existing and identified supplies, or approves specific
4  services, as partial or complete performance of the contract.

5    (b)    Notwithstanding inspection and acceptance by the Government or
6  any provision concerning the conclusiveness thereof, the Contractor warrants that all
7  services performed under this contract will, at the time of acceptance, be free from
8  defects in workmanship and conform to the requirements of this contract. The
9  Contracting Officer shall give written notice of any defect or nonconformance to the
10  Contractor _____ [Contracting Officer shall insert the specific period of time
11  in which notice shall be given to the Contractor; e.g., "within 30 days from the date of
12  acceptance by the Government,"; within 1000 hours of use by the Government;" or
13  other specified event whose occurrence will terminate the period of notice, or
14  combination of any applicable events or period of time]. This notice shall state either -

15    (1)    That the Contractor shall correct or reperform any defective
16  or nonconforming services; or

17    (2)  That the Government does not require correction or
18  reperformance.

19    (c)    If the Contractor is required to correct or reperform, it shall be at
20  no cost to the Government, and any services corrected or reperformed by the
21  Contractor shall be subject to this clause to the same extent as work initially
22  performed. If the Contractor fails or refuses to correct or reperform, the Contracting
23  Officer may, by contract or otherwise, correct or replace with similar services and
24  charge to the Contractor the cost occasioned to the Government thereby, or make an
25  equitable adjustment in the contract price.

26    (d)    If the Government does not require correction or reperformance,
27  the Contracting Officer shall make an equitable adjustment in the contract price.

28

- **FAR § 52.232-32: Performance-Based Payments**

(a)   Amount of payments and limitations on payments. Subject to such other limitations and conditions as are specified in this contract and this clause, the amount of payments and limitations on payments shall be specified in the contract's description of the basis for payment.

(b)   Contractor request for performance-based payment. The Contractor may submit requests for payment of performance-based payments not more frequently than monthly, in a form and manner acceptable to the Contracting Officer. Unless otherwise authorized by the Contracting Officer, all performance-based payments in any period for which payment is being requested shall be included in a single request, appropriately itemized and totaled. The Contractor's request shall contain the information and certification detailed in paragraphs (l) and (m) of this clause.

(c)   Approval and payment of requests.

(1)   The Contractor shall not be entitled to payment of a request for performance-based payment prior to successful accomplishment of the event or performance criterion for which payment is requested. The Contracting Officer shall determine whether the event or performance criterion for which payment is requested has been successfully accomplished in accordance with the terms of the contract. The Contracting Officer may, at any time, require the Contractor to substantiate the successful performance of any event or performance criterion which has been or is represented as being payable.

(2)   A payment under this performance-based payment clause is a contract financing payment under the Prompt Payment clause of this contract and not subject to the interest penalty provisions of the Prompt Payment Act. The designated payment office will pay approved requests on the _____ [Contracting Officer insert day as prescribed by agency head; if not prescribed, insert "30th"] day after receipt of the request for performance-based payment by the designated payment

27

1   office. However, the designated payment office is not required to provide payment if

2   the Contracting Officer requires substantiation as provided in paragraph (c)(1) of this

3   clause, or inquires into the status of an event or performance criterion, or into any of

4   the conditions listed in paragraph (a) of this clause, or into the Contractor certification.

5   The payment period will not begin until the Contracting Officer approves the request.

6               (3)    The approval by the Contracting Officer of a request for

7   performance-based payment does not constitute an acceptance by the Government and

8   does not excuse the Contractor from performance of obligations under this contract.

9           (d)    Liquidation of performance-based payments.

10              (1)    Performance-based finance amounts paid prior to payment

11  for delivery of an item shall be liquidated by deducting a percentage or a designated

12  dollar amount from the delivery payment. If the performance-based finance payments

13  are on a delivery item basis, the liquidation amount for each such line item shall be the

14  percent of that delivery item price that was previously paid under performance-based

15  finance payments or the designated dollar amount. If the performance-based finance

16  payments are on a whole contract basis, liquidation shall be by either predesignated

17  liquidation amounts or a liquidation percentage.

18              (2)    If at any time the amount of payments under this contract

19  exceeds any limitation in this contract, the Contractor shall repay to the Government

20  the excess. Unless otherwise determined by the Contracting Officer, such excess shall

21  be credited as a reduction in the unliquidated performance-based payment balance(s),

22  after adjustment of invoice payments and balances for any retroactive price

23  adjustments.

24          (e)    Reduction or suspension of performance-based payments. The

25  Contracting Officer may reduce or suspend performance-based payments, liquidate

26  performance-based payments by deduction from any payment under the contract, or

27  take a combination of these actions after finding upon substantial evidence any of the

28  following conditions:

(1) The Contractor failed to comply with any material requirement of this contract (which includes paragraphs (h) and (i) of this clause).

(2) Performance of this contract is endangered by the Contractor's (i) failure to make progress, or (ii) unsatisfactory financial condition.

(3) The Contractor is delinquent in payment of any subcontractor or supplier under this contract in the ordinary course of business.

... … …

## FIRST CAUSE OF ACTION

## VIOLATIONS OF FALSE CLAIMS ACT, 31 U.S.C § 3729, ET SEQ.

## BY SPACEX

49. Plaintiff and Relator hereby restate and incorporates herein by this reference each of the allegations set forth in the preceding paragraphs.

50. By virtue of SpaceX's conduct described hereinabove, in particular its knowingly fraudulent certification of its NDE inspectors and its concomitant knowledge that their resulting inspections of parts and materials manufactured and/or delivered by SpaceX pursuant to SpaceX's contracts with the United States Government, including without limitation the NASA contracts identified in Paragraph 10 hereinabove, SpaceX has certified, expressly or by implication, compliance with various statutes and/or regulations, including without limitation the FAR provisions identified in Paragraph 48 hereinabove.

51. SpaceX made the aforementioned certifications to the United States Government with actual knowledge of the falsity of this information, in deliberate ignorance of the truth or falsity of the information, and/or in reckless disregard of the truth or falsity of the information.

52. By and through such conduct on the part of SpaceX, the United States Government has suffered damages in the collective amount of at least $1,000,000,000 or such other amount according to proof at the time of trial.

FALSE CLAIMS ACT COMPLAINT

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff and Relator pray for judgment against Defendant SpaceX as follows:

(1)    Restitution to the United States Government of the damages sustained from false claims by Defendant SpaceX for payment by the United States Government, in the collective damage sum of at least $1,000,000,000 or according to proof at the time of trial, pursuant to 31 U.S.C. § 3729 et seq;

(2)    Statutory damages in the amount of three times the damages sustained from the false claims by Defendant SpaceX for payment by the United States Government, according to proof at the time of trial, pursuant to 31 U.S.C. § 3729(a);

(3)    Statutory civil penalties of not less than $5,000 and not more than $10,000 for each and every individual false claim submitted by Defendant SpaceX for payment by the United States Government, according to proof at the time of trial, pursuant to 31 U.S.C. § 3730(d);

(4)    Statutory awards, attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d); and

(5)    Such other and further relief as the Court deems just and proper.

Dated:  March 21, 2019                    Respectfully submitted,

                                          witkow | baskin

                                          By:  ___/s/Cory A. Baskin_____
                                                 Cory A. Baskin

                                          Attorneys for *Relator*

FALSE CLAIMS ACT COMPLAINT

1

## DEMAND FOR JURY TRIAL

2        Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, request is

3   hereby made for trial by jury.

4

5   Dated:  March 21, 2019           Respectfully submitted,

6                   witkow | baskin

7                   By: ___/s/Cory A. Baskin___

8                       Cory A. Baskin

9                   Attorneys for *Relator*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FALSE CLAIMS ACT COMPLAINT